PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:16-CV-01884-LJO-BAM |
| Plaintiff, | **REQUEST AND ORDER TO (1) CONTINUE MANDATORY SCHEDULING CONFERENCE AND (2) EXTEND FILING DEADLINE OF JOINT SCHEDULING REPORT** |
| v. | |
| 2014 FORD F450 XLT, LICENSE PLATE: 11855L1; VIN: 1FD0X4GT3EEB09948, | |
| Defendant. | |

The United States requests that the Court continue the mandatory scheduling conference presently scheduled for March 22, 2017, at 8:30 a.m. to June 7, 2017, at 8:30 a.m. (or to a date the Court deems appropriate), and extend the deadline to file a Joint Scheduling Report ("JSR") from March 15, 2017, to May 31, 2017 (or to a date the Court deems appropriate).  For the reasons set forth below, there is good cause to continue the scheduling conference and the JSR filing deadline.

**Introduction**

On December 19, 2016, the United States filed a civil forfeiture complaint against the defendant 2014 Ford F450 XLT ("Defendant Vehicle") based on its alleged involvement in narcotics violations.  All known potential claimants which potentially have an interest in the Defendant Currency were served in a manner consistent with <u>Dusenbery v. United States</u>, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on December 31, 2016, and ran for thirty consecutive days, as required by

Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on February 1, 2017.

On or about January 3, 2017, the United States sent copies of the Verified Complaint for Forfeiture *In Rem*, Warrant of Arrest of Articles *In Rem*, Order Setting Mandatory Scheduling Conference, Standing Order, Notice of Availability of a Magistrate Judge, Notice of Availability of Voluntary Dispute Resolution, and notice of forfeiture letter dated January 3, 2017, to potential claimant Gerardo Zamora ("Zamora") at his last-known address of 1823 E. Clayton Avenue, Fresno, CA 93725-9509, by first class and certified mail. Taleen Megerdichian acknowledged receipt of the certified mail parcel. The signed certified receipt (PS Form 3811) was returned to and received in the U.S. Attorney's Office.

On this same date, the United States sent copies of the above-referenced documents to Zamora at an alternate address of 1012 E. Clinton Avenue, Fresno, CA 93704-5630, also by first class and certified mail. The certified mail receipts have not yet been returned to the United States Attorney's Office.

Also on this same date, the United States sent copies of the above-referenced documents to Zamora at a known alternate address of 1825 E. Clayton Avenue, Fresno, CA 93725 by first class and certified mail. The certified mail receipts have not yet been returned to the United States Attorney's Office.

On February 6, 2017, Taleen Megerdichian called the United States Attorney's Office and requested an extension of time for Zamora to file his claim. The United States granted an extension to March 8, 2017.

**Good Cause**

The deadline by which Zamora must file a claim is March 8, 2017; two weeks before the presently set Mandatory Scheduling Conference. Therefore, the United States requests that the scheduling conference be continued to June 7, 2017, at 8:30 a.m. to allow the known and unknown potential claimants to appear in this action and to allow the parties to meet and confer in advance of filing a JSR.

///

///

///

Thus, there is good cause to continue the mandatory scheduling conference and extend the JSR filing deadline.

Dated:  February 6, 2017                         PHILLIP A. TALBERT
                                                 United States Attorney


                                            By: /s/ Jeffrey A. Spivak
                                                 JEFFREY A. SPIVAK
                                                 Assistant U.S. Attorney


**ORDER**

Pursuant to the United States' request and good cause appearing:  (1) the mandatory scheduling conference is continued from March 22, 2017, at 8:30 a.m. to **June 13, 2017, at 8:30 a.m**. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe, and (2) the deadline to file a joint scheduling report is continued from March 15, 2017, to **May 31, 2017**.

IT IS SO ORDERED.

Dated:   **February 7, 2017**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE